UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>ASSOCIATED SYSTEMS APPLICATION PROFESSIONALS, INC., et al.,<br><br>          Defendants. | Case No. 20-cv-09101-TSH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

      Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jacqueline S. Corley for consideration of whether the case is related to *Sturman v. United States of America*, 20-cv-07564-JSC.

      **IT IS SO ORDERED.**

Dated: April 9, 2021

THOMAS S. HIXSON
United States Magistrate Judge