UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A STURMAN, et al., <br><br>Petitioners, <br><br>v. <br><br>UNITED STATES OF AMERICA, <br><br>Respondent. | Case No. 20-cv-07564-JSC <br><br> **ORDER RE: JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** <br><br>Re: Dkt. No. 24 |
| ASSOCIATED SYSTEM APPLICATION PROFESSIONALS, INC., <br><br>Petitioner, <br><br>v. <br><br>UNITED STATES OF AMERICA, <br><br>Respondent. | |

Before the Court is a *sua sponte* judicial referral from the Honorable Thomas S. Hixson for consideration of whether the above-captioned cases are related to *United States of America v. Associated Systems Application Professionals, Inc., et al*, Case. No. 3:20-cv-09101-TSH. (Dkt. No. 24.)[1] The time for filing an opposition or statement of support has passed. *See* N.D. Cal. Civ. L.R. 3-12(e), 7-11(b). For the reasons set forth below, the referred case is unrelated to the above-captioned cases.

Civil Local Rule 3-12(a) defines a "related case" as one that concerns "substantially the same parties, property, transaction, or event[.]" N.D. Cal. Civ. L.R. 3-12(a)(1). It must also

---

[1] Unless otherwise noted, record citations are to material in the Electronic Case File ("ECF") in *Sturman, et al. v. United States of America*, Case No. 3:20-cv-07564JSC; pinpoint citations are to the ECF-generated page numbers at the top of the documents.

appear "likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." *Id.* at (a)(2). Here, neither element is satisfied. First, the above-captioned cases are petitions to quash third-party summonses issued by the Internal Revenue Service in connection with tax return audits. They concern David and Celinda Sturman, Case. No. 3:20-cv-7564-JSC, and Associated System Application Professionals, Inc. ("ASAP"), Case No. 3:20-cv-7787-JSC. In contrast, the referred case is an action to "reduce to judgment certain unpaid federal tax assessments made against" multiple Defendants that are not involved in the above-captioned cases, including Eddies Bookstores, Inc. and Goldie Book Stores Inc. (Case No. 3:20-cv-9101-TSH, Dkt. No. 1 at 2-3.) The actions thus do not concern "substantially the same parties, property, transaction, or event[s]" as the petitions to quash. (*Id.* at 43.) *See also* N.D. Cal. Civ. L.R. 3-12(a)(1).

Accordingly, the cases are not related. No change in case assignment will be made.

**IT IS SO ORDERED.**

Dated: April 21, 2021

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

2